# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIN DANCY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, et al., | : | No. 17-1484 |
| Defendants. | : | |

FILED
MAY 22 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

And now, on May 21, 2018, upon consideration of Defendants United States of America, Christine Nelson, Antonio Fausto, and Odeida Dalmasi's Partial Motion to Dismiss (doc. 35), Plaintiff Amin Dancy's Brief in Opposition (doc. 38), and Defendants' Reply Brief (doc. 40), and for the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** that Defendants' Motion is **GRANTED**. Counts II, III, IV, and V of Dancy's Second Amended Complaint (doc. 33) are **DISMISSED** with prejudice.

By June 5, 2018, Defendants shall file an Answer addressing the remaining Count.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE